UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KIMBERLY BURATT, ET AL.

VERSUS

RED FROG EVENTS, LLC, ET AL.

CIVIL ACTION

NO. 17-100-BAJ-EWD

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

ISABELLA ATKINS, ET AL.

VERSUS

RED FROG EVENTS, LLC, ET AL.

CIVIL ACTION

NO. 17-101-BAJ-EWD

## **RULING ON PLAINTIFFS' UNOPPOSED MOTION FOR STATUS CONFERENCE**

Before the Court is an Unopposed Motion for Status Conference (the "Motion").[1] The motion seeks to have the above-captioned matters set for a scheduling conference.

On October 27, 2017, the above-captioned matters were consolidated for discovery purposes with various other cases.[2] The purpose of the consolidation is to allow these suits to proceed on similar schedules for discovery purposes and to avoid duplicative discovery efforts because the cases involve common issues of law or fact. Although movants correctly note that "a number of the cases that were consolidated with these Proceedings have been remanded," the undersigned's review of the dockets in each of the remaining consolidated cases indicates that certain matters require briefing regarding jurisdictional issues.[3] Additionally, it appears that in the

---

[1] *Kimberly Buratt, et al v. Red Frog Events, LLC, et al.*, Civil Action No. 17-100, United States District Court, Middle District of Louisiana ("*Buratt*"), R. Doc. 72.

[2] *Buratt*, R. Doc. 37; *Isabella Atkins, et al. v. Red Frog Events, LLC, et al.*, Civil Action No. 17-101, United States District Court, Middle District of Louisiana ("*Atkins*"), R. Doc. 26.

[3] Specifically, it appears that a non-diverse defendant has been named in *Jennifer Larsen v. Red Frog Events, LLC, et al.*, Civil Action No. 17-1665, United States District Court, Middle District of Louisiana ("*Larsen*"). It also appears that additional information is necessary regarding the amount in controversy in *Shelly Breaux et al. v. Red Frog Events, LLC, et al.*, Civil Action No. 17-1704, United States District Court, Middle District of Louisiana ("*Breaux*"). The undersigned has issued orders requiring additional submissions in these two matters.

*Breaux* matter, certain third-party defendants have not been served or otherwise made an appearance.

Accordingly,

**IT IS HEREBY ORDERED** that the Unopposed Motion for Status Conference[4] is **DENIED**. Following resolution of the jurisdictional and service issues noted above, the Court will set a scheduling conference in the remaining consolidated matters.

Signed in Baton Rouge, Louisiana, on April 10, 2019.

                                        **ERIN WILDER-DOOMES**
                                        **UNITED STATES MAGISTRATE JUDGE**

---

[4] *Buratt*, No. 17-100, R. Doc. 72.